# EXHIBIT B



**LED Lighting Products**

LED Shop Lighting - 40W TTL Replacement Linear LED Lamp (BIAX 17W and 22W)



LED Uplights - Linear LED T8 Lighting - Up Light Lamp



Advanced LED Lights - Linear LED T8 Lighting - U-bend and 8' Lamp



Commercial LED Light Fixtures - LED Down Light - 32W and 26W



LED Room Lighting - Linear LED T8 Lighting - 2', 3' and 4'

**SINGLE LED LIGHTS - LINEAR LED T8 LIGHTING - 4' HIGH PERFORMANCE (PROMOTIONAL)**

go

Advanced Search | Search Tips





| | |
|---|---|
| **Price:** | $28.00 |
| **Availability:** | Model # LEDT8-17-840-B-FHF (20 units per case) |
| **Shipping:** | Calculated at checkout |
| **Minimum Purchase:** | 10 unit(s) |
| **Maximum Purchase:** | 10 unit(s) |
| * **Check Box for PROMO DISCOUNT: Buy 10 Get 10 FREE:** | ☐ |
| **Quantity:** | 10   Add to cart |




### Product Description

**Single LED Lights**

**Energy Savings** over 40-50% when compared to existing fluorescent T8

LED Lighting Products



and T12 electronic and magnetic ballasted fixture applications. For additional energy savings of 20 to 30% use with low ballast factor ballast or lighting control system.

**Installation** OF **single LED lights** is easy and saves money.
Just change the existing lamps without the need to rewire the light fixture.

Install using existing fluorescent ballast. If the existing ballast fails just replace the ballast with similar T8 32W fluorescent electronic ballast.  LED direct replacement models available for 2', 4', U-Bend and 8' fluorescent replacement.



Expanded Versatility using

# Quick-Fit™ Installation

Technology

An LED T8 direct replacement lamp, requiring NO Re-WIRING of the light fixture, providing excellent energy savings when

**LED Lighting Products**

Top Menu

replacing T8 (32W) and T12 (34 and 40W) fluorescent lamps.

go

Advanced Search | Search Tips

Installation is easy...just remove existing fluorescent lamps and install the LED linear lamp.

**Benefits:**

- Expanded light distribution angle of 280 degree
- Excellent for low temperature applications
- Use with occupancy sensors with frequent starting
- Instant ON operation
- Dimmable
- No flickering
- No glass or mercury for safer work environments
- Less lumen deprecation compared to fluorescent systems
- Meets UL standard 1598c
- DLC listed models available (pending completion)
- Long life product (>50,000 hours)
- Rotatable end caps for refrigeration and shelf applications (optional)
- 5 Year manufactures warranty



**SINGLE LED LIGHTS - LED REPLACEMENT LIGHTS**

**Warranty Information**

ELB electronics - Quick-Fit™ Limited Warranty