**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>SERVICE LIGHTING AND ELECTRICAL SUPPLIES, INC. d/b/a/ 1000BULBS.COM, and PRECISION LIGHTING AND TRANSFORMER, INC.<br><br>Defendants. | C.A. No. 15-cv-053-RGA |
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>ELB ELECTRONICS, INC.<br><br>Defendant. | C.A. No. 15-cv-056-RGA |
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>ETI SOLID STATE LIGHTING, INC.,<br><br>Defendant. | C.A. No. 15-cv-057-RGA |
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>FEIT ELECTRIC COMPANY, INC.<br><br>Defendant. | C.A. No. 15-cv-058-RGA |

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>Plaintiff,<br>v.<br><br>GREEN CREATIVE, LLC,<br><br>Defendant. | C.A. No. 15-cv-059-RGA |
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>LEDWHOLESALERS.COM, INC.<br><br>Defendant. | C.A. No. 15-cv-060-RGA |
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>Plaintiff,<br>v.<br><br>HOME EVER, INC. d/b/a LIGHTING EVER, INC.,<br><br>Defendant. | C.A. No. 15-cv-061-RGA |
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>Plaintiff,<br>v.<br><br>PLUSRITE USA, CORP.,<br><br>Defendant. | C.A. No. 15-cv-062-RGA |

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>       Plaintiff,<br>   v.<br><br>KOBI ELECTRIC, INC.,<br><br>       Defendant. | C.A. No. 15-cv-064-RGA |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

Counsel for Blackbird Tech LLC d/b/a Blackbird Technologies ("Plaintiffs") and Defendants Service Lighting and Electrical Supplies, Inc., Precision Lighting and Transformer, Inc., ELB Electronics, Inc., ETi Solid State Lighting, Inc., Feit Electric Company, Inc., Green Creative, LLC, LEDWholesalers.com, Inc., Home Ever Inc., d/b/a Lighting Ever, Inc., PlusRite USA, Corp., and Kobi Electric, Inc. (collectively, "Defendants") met and conferred regarding extending the parties' deadline to submit a proposed Protective Order. Subject to the Court's approval, the parties request an extension of the deadline to submit a proposed Protective Order up to and including June 6, 2016.

Dated:  June 2, 2016

| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Stamatios Stamoulis<br>Stamatios Stamoulis #4606<br>stamoulis@swdelaw.com<br>Richard C. Weinblatt #5080<br>weinblatt@swdelaw.com<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br><br>*Attorneys for Plaintiff*<br>*Blackbird Tech IP LLC d/b/a Blackbird*<br>*Technology* | /s/  Jonathan A. Choa<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Alan R. Silverstein (#5066)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br>asilverstein@potteranderson.com<br><br>*Attorneys for Defendants Service Lighting and*<br>*Electrical Supplies, Inc., Precision Lighting*<br>*and Transformer, Inc., ETi Solid State*<br>*Lighting, Inc., Green Creative, LLC, PlusRite*<br>*USA, Corp. and Kobi Electric, Inc.* |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, PA |
| /s/ Michael J. Flynn<br>Karen Jacobs (#2881)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 351-9661<br>kjacobs@mnat.com<br>mflynn@mnat.com<br><br>*Attorneys for Defendants*<br>*ELB Electronics, Inc. and Feit Electric*<br>*Company,*<br>*Inc.* | /s/ Selena E. Molina<br>Kelly E. Farnan (#4395)<br>Selena E. Molina (#5936)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7705<br>faman@rlf.com<br>molina@rlf.com<br><br>*Attorneys for Defendants LEDwholesalers.com*<br>*Inc., and Home Ever Inc. d/b/a  Lighting Ever*<br>*Inc.* |

- 8 -

SO ORDERED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE