**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>ELB ELECTRONICS, INC.,<br><br>    Defendant. | C.A. No. 15-cv-056-RGA |
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br>v.<br><br>ETI SOLID STATE LIGHTING, INC.,<br><br>    Defendant. | C.A. No. 15-cv-057-RGA |
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>FEIT ELECTRIC COMPANY, INC.,<br><br>    Defendant. | C.A. No. 15-cv-058-RGA |

**STIPULATION AND [PROPOSED] ORDER OF**
**NON-INFRINGEMENT AND CONSOLIDATION**

Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies ("Plaintiff") and Defendants ELB Electronics, Inc., Feit Electric Company, Inc., and ETi Solid State Lighting Inc. (collectively, "Defendants"), to conserve judicial and party resources by limiting further litigation in this Court and to permit any party to seek appellate review of this Court's claim

construction order as to U.S. Patent. No. 7,086,747 (the "'747 patent"), hereby stipulate and agree, subject to the Court's approval, that:

1.      Plaintiff accused Defendants of infringing claims 12 and 29 of the '747 patent, directly or indirectly, by, among other acts, making, using, offering to sell, selling, or importing into the United States the products set forth in Exhibit A (the "Accused Products"). The Accused Products are LED lighting products that replace conventional fluorescent bulbs in lighting fixtures.

2.      Defendants denied Plaintiff's allegations and asserted, among other defenses, the defense of non-infringement.

3.      On November 4, 2016, Plaintiff withdrew its allegations of infringement of claim 29 of the '747 patent leaving claim 12 as the only asserted claim.

4.      On December 28, 2016, the Court issued a Memorandum Opinion and, on January 4, 2017, an Order (the "Order") construing, among other terms, the term "attachment surface" in claim 12 of the '747 patent. The Court construed the term to mean "layer of the housing that is secured to the ballast cover."

5.      Plaintiff stipulates that it cannot meet its burden of proving that the Accused Products infringe the '747 patent under the Court's construction of "attachment surface" because the Accused Products do not contain an "attachment surface" that is "secured to the ballast cover" of an existing light fixture.

6.      The parties reserve all other rights and arguments. The parties also reserve their rights upon any remand to supplement their respective infringement and invalidity contentions in light of the Court's claim construction Order and/or the U.S. Court of Appeals for the Federal Circuit's decision.

7.  In the event the U.S. Court of Appeals for the Federal Circuit dismisses Plaintiff's appeal as premature, Plaintiff reserves the right to undertake further proceedings in this Court on remand to complete the record for appeal.

8.  To facilitate a single appeal, the parties respectfully request that *Blackbird Tech LLC d/b/a Blackbird Technologies v. ETI Solid State Lighting, Inc.*, C.A. No. 15-cv-057-RGA and *Blackbird Tech LLC d/b/a Blackbird Technologies v. Feit Electric Company, Inc.*, C.A. No. 15-cv-058-RGA be consolidated under *Blackbird Tech LLC d/b/a Blackbird Technologies v. ELB Electronics, Inc.*, C.A. No. 15-cv-056-RGA for all pretrial purposes, without prejudice to any party's right to request that the cases be severed upon remand, and that the Proposed Final Judgment attached hereto as Exhibit B be entered in that case.

9.  The time to file any motion for attorneys' fees is extended until thirty days after the Federal Circuit issues its final mandate following exhaustion of all appeals.

Dated: February 22, 2017                    Respectfully submitted,

                                            STAMOULIS & WEINBLATT LLC

OF COUNSEL:                                 */s/ Stamatios Stamoulis*
                                            Stamatios Stamoulis #4606
Wendy Verlander                             stamoulis@swdelaw.com
wverlander@blackbird-tech.com               Richard C. Weinblatt #5080
Christopher Freeman                         weinblatt@swdelaw.com
cfreeman@blackbird-tech.com                 Two Fox Point Centre
Sean K. Thompson                            6 Denny Road, Suite 307
sthompson@blackbird-tech.com                Wilmington, DE 19809
Blackbird Tech LLC d/b/a                    Telephone: (302) 999-1540
Blackbird Technologies
One Boston Place, Suite 2600                *Attorneys for Plaintiff*
Boston, MA 02108                            Blackbird Tech LLC d/b/a
617.307.7100                                Blackbird Technologies

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL:<br><br>John M. Hintz<br>MAYNARD, COOPER & GALE, P.C.<br>The Fred F. French Building<br>551 Fifth Avenue – Suite 2000<br>New York, NY  10176<br>(646) 609-9284<br>jhintz@maynardcooper.com | By: */s/ Michael J. Flynn*<br>Karen Jacobs (#2881)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 351-9661<br>kjacobs@mnat.com<br>mflynn@mnat.com |

*Attorneys for Defendants ELB Electronics, Inc., and Feit Electric Company, Inc.*

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL:<br><br>D. Peter Hochberg<br>Walter \| Haverfield LLP<br>The Tower at Erieview<br>1301 East 9th Street, Suite 3500<br>Cleveland, OH  44114-1821<br>(216) 928-2903<br>(216) 916-2445<br>dphochberg@walterhav.com | By: */s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Alan R. Silverstein (#5066)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br>asilverstein@potteranderson.com |

*Attorneys for Defendant ETi Solid State Lighting Inc.*

5

IT IS SO ORDERED on this _____ day of _____, 2017

_____
THE HONORABLE RICHARD G. ANDREWS