IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>        Plaintiff,<br><br>    v.<br><br>ELB ELECTRONICS, INC., et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 15-056 (RGA)<br>)   CONSOLIDATED<br>)<br>)<br>)<br>) |

**STATUS REPORT REGARDING ORDER OF TRIALS**

A Trial Scheduling Conference to determine the order of trials has been set in the above-captioned consolidated matter for March 27, 2020. (D.I. 88, 124). Pursuant to Paragraph 10 of the Court's Scheduling Order, the parties "shall submit a status report with their proposals one week in advance of the conference." (D.I. 88). The parties have met and conferred and have agreed to the following order of trials:

1. *Blackbird Tech LLC v. ELB Electronics Inc.*, C.A. No. 1:15-cv-00056-RGA

2. *Blackbird Tech LLC v. Feit Electric Company Inc.*, C.A. No. 1:15-cv-00058-RGA

The parties also jointly request a trial date to be set sometime in **Fall 2020**, approximately 4-6 months from the currently scheduled trial month of May 2020. (*See* D.I. 88 at ¶ 14). The reason for the requested date is to (1) allow the parties sufficient time to prepare for and participate in trial in light of the ongoing COVID-19 crisis, and (2) allow the Court sufficient time to rule on Defendants' pending motion to dismiss for lack of standing or for summary judgment.

| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Stamatios Stamoulis* | */s/ Karen Jacobs* |
| _____ | _____ |
| Stamatios Stamoulis (#4606) | Karen Jacobs (#2881) |
| Richard C. Weinblatt (#5080) | Michael J. Flynn (#5333) |
| 800 N. West Street, Third Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 999-1540 | Wilmington, DE 19899-1347 |
| stamoulis@swdelaw.com | (302) 658-9200 |
| weinblatt@swdelaw.com | kjacobs@mnat.com |
| *Attorneys for Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies* | mflynn@mnat.com |
|  | *Attorneys for Defendants ELB Electronics Inc. and Feit Electric Company, Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Wendy Verlander | John M. Hintz |
| Jeffrey Ahdoot | MAYNARD, COOPER & GALE, P.C. |
| BLACKBIRD TECH LLC D/B/A BLACKBIRD TECHNOLOGIES | 551 Fifth Avenue, Suite 2000 |
| One Boston Place, Suite 2600 | New York, NY 10176 |
| Boston, MA 02108 | (646) 609-9284 |
| (617) 307-7100 |  |
|  | Sarah Rose Daley |
|  | MAYNARD, COOPER & GALE, LLP |
|  | 1901 Sixth Avenue North, Suite 2400 |
|  | Birmingham, AL 35203 |
|  | (205) 254-1000 |

March 19, 2020