IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>ELB ELECTRONICS, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 15-056 (RGA)<br>) CONSOLIDATED<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

This <u>1</u> day of <u>April</u>, 2020, the Court having conducted a Trial Scheduling Conference;

IT IS ORDERED that:

1. <u>Pretrial Conference</u>. On November 25, 2020 at 1:00 p.m. the Court will hold a Rule 16(e) final pretrial conference in *Blackbird Tech LLC v. ELB Electronics Inc.*, C.A. No. 1:15-cv-00056-RGA with counsel. On December 21, 2020 at 10:00 a.m. the Court will hold a Rule 16(e) final pretrial conference in *Blackbird Tech LLC v. Feit Electric Company Inc.,* C.A. No. 1:15-cv-00058-RGA with counsel. The parties shall file a joint proposed final pretrial order in compliance with Local Rule 16.3(c) no later than 5:00 p.m. on November 18, 2020 in the *ELB* matter and on December 14, 2020 in the *Feit* matter. Unless otherwise ordered by the Court, the parties shall comply with the timeframes set forth in Local Rule 16.3(d) for the preparation of the proposed joint final pretrial order.

2. <u>Jury Instructions, Voir Dire, and Special Verdict Forms</u>. Where a case is to be tried to a jury, pursuant to Local Rules 47.l(a)(2) and 51.1, the parties should file (i) proposed voir dire, (ii) preliminary jury instructions, (iii) final jury instructions, and (iv) special verdict forms no later than 5:00 p.m. on November 20, 2020 in the *ELB* matter and on December 16,

2020 in the *Feit* matter. The plaintiff shall submit simultaneously with filing each of the foregoing four documents in Word format to rga_civil@ded.uscourts.gov.

       3.       <u>Trial</u>. The *Blackbird Tech LLC v. ELB Electronics Inc.,* C.A. No. 1:15-cv-00056-RGA trial in this matter is scheduled for a 5 day jury trial beginning at 9:00 a.m. on December 7, 2020 with the subsequent trial days beginning at 9:00 a.m. Until the case is submitted to the jury for deliberations, the jury will be excused each day at 4:30 p.m. The *Blackbird Tech LLC v. Feit Electric Company Inc.,* C.A. No. 1:15-cv-00058-RGA trial in this matter is scheduled for a 5 day jury trial beginning at 9:00 a.m. on January 11, 2021 with the subsequent trial days beginning at 9:00 a.m. Until the case is submitted to the jury for deliberations, the jury will be excused each day at 4:30 p.m. The trials will be timed, as counsel will be allocated a total number of hours in which to present their respective cases.

                                                                 /s/ Richard G. Andrews
                                                               _____
                                                                UNITED STATES DISTRICT JUDGE