## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br> Plaintiff,<br><br>v.<br><br>ELB ELECTRONICS, INC.<br><br> Defendants. | C.A. No. 15-056-RGA |

### STIPULATION FOR STAY

IT IS HEREBY STIPULATED by Plaintiff Blackbird Tech LLC and Defendant ELB Electronics Inc., subject to the approval of the Court, that all deadlines in this matter should be stayed. Currently, the Parties are in the process of preparing and exchanging drafts of the Joint Pre-Trial Order, with the deadline for filing currently set at November 18, 2020. The Pre-Trial Conference is currently scheduled for November 25, 2020, and trial is set to begin on December 7, 2020. The parties request that the Court remove the Pre-Trial Conference and the dates for trial from the Court's calendar.

The reason for this request is that the Parties have made significant progress toward reaching an amicable resolution of this matter and seek additional time to finalize the same in order to minimize the burden on both the Court and the Parties.

This stipulation applies only to the pre-trial deadlines in the ELB action, entitled *Blackbird Tech LLC v. ELB Electronics Inc.*, C.A. No. 1:15-cv-00056-RGA. This stipulation does not apply to the Feit Electric action, entitled *Blackbird Tech LLC v. Feit Electric Company Inc.*, C.A. No. 1:15-cv-00058-RGA, in which the Joint Pre-Trial Order is scheduled to be filed on December 14,

2020, the Pre-Trial Conference is scheduled for December 21, 2020, and trial is set to begin on

January 11, 2021. (D.I. 150).

Dated: October 29, 2020

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
800 N. West Street, Thrid Floor
Wilmington, DE 19801
Telephone: (302) 999-1540

OF COUNSEL:

Wendy Verlander
wverlander@blackbird-tech.com
Jeffrey Ahdoot
jahdoot@blackbird-tech.com
Matthew C. Berntsen
mberntsen@blackbird-tech.com
Blackbird Tech LLC d/b/a
Blackbird Technologies
One Boston Place, Suite 2600
Boston, MA 02108
617.307.7100

David A. Gerasimow
gerasimow@gerasimowlaw.com
The Law Offices of
David A. Gerasimow, P.C.
73 W. Monroe St.
Chicago, IL 60603
312.919.4254

*Attorneys for Plaintiff*
Blackbird Tech LLC d/b/a
Blackbird Technologies

MORRIS, NICHOLS, ARSHT & TUNNELL
LLP

*/s/ Karen Jacobs*
Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com

OF COUNSEL:

John M. Hintz
MAYNARD, COOPER & GALE, P.C.
551 Fifth Avenue, Suite 2000
New York, NY  10176
(646) 609-9284

*Attorneys for Defendant*
ELB Electronics, Inc.

SO ORDERED this _____ day of October 2020.

_____
UNITED STATES DISTRICT JUDGE