IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLACKBIRD TECH LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 15-56-RGA |
| | : | Consolidated |
| ELB ELECTRONICS INC., et al., | : | |
| | : | |
| Defendants. | : | |

**PRETRIAL STATUS ORDER**

The above-captioned case is scheduled for a jury trial on January 11, 2021. In order for the Court to consider necessary trial logistics that result from COVID-19 concerns, the Court directs that the parties submit a status report no more than three business days from today, addressing any issues the parties think the Court needs to consider, and, in any event, the following:

1. Identification of the expected live witnesses, including where they will be traveling from and any concerns relating to live in-person testimony.

2. The anticipated number of hours each side thinks it will require to fairly present its case, with the number of hours understood to be the total of opening statements and witness testimony, but not including voir dire, closing argument, and proceedings outside the presence of the jury.

3. The minimum number of attorneys needed to appear in front of the jury, including identification of those attorneys and any concerns relating to their presence in the courtroom.

4. The parties' thoughts about in-person live testimony, remote live testimony, or a combination of the two.

IT IS SO ORDERED this 9 day of November, 2020.

                                       /s/ Richard G. Andrews
                                   United States District Judge