IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>ELB ELECTRONICS, INC.,<br><br>    Defendant. | C.A. No. 15-cv-00056-RGA |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed that the ELB Electronics, Inc. case from the above-captioned action is dismissed with prejudice. For the avoidance of doubt, the Feit Electric Company, Inc. case (C.A. No. 15-cv-00058-RGA), which was consolidated with the ELB case, is not dismissed. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

Dated: November 16, 2020

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/Stamatios Stamoulis | /s/Karen Jacobs |
| Stamatios Stamoulis #4606 | Karen Jacobs (#2881) |
| stamoulis@swdelaw.com | kjacobs@mnat.com |
| Richard C. Weinblatt #5080 | Michael J. Flynn (#5333) |
| weinblatt@swdelaw.com | mflynn@mnat.com |
| 800 N. West Street, Third Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| Telephone: (302) 999-1540 | Wilmington, DE 19899-1347 |
| | (302) 658-9200 |
| *Attorneys for Plaintiff*<br>**Blackbird Tech LLC d/b/a**<br>**Blackbird Technologies** | OF COUNSEL:<br>John M. Hintz |

1

                    MAYNARD, COOPER & GALE, P.C.
                    551 Fifth Avenue, Suite 2000
                    New York, NY  10176
                    (646) 609-9284

                    ***Attorneys for Defendant***
                    **ELB Electronics, Inc.**

SO ORDERED this ___ day of _____, 2020.

                                        _____
                                        UNITED STATES DISTRICT JUDGE