IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLACKBIRD TECH LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 15-56-RGA |
| | : | Consolidated |
| FEIT ELECTRIC COMPANY, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

This case is scheduled for a PTC on December 21, 2020, and a jury trial on January 11, 2021. At my direction, the parties submitted a status report on November 12, 2020. (D.I. 173). The parties identify ten possible "live" trial witnesses. Six of them live in California or Massachusetts, and another two live in the Southwest. Defendant Feit requests a postponement, which Plaintiff does not oppose. (*Id*. at 2).

The parties, as requested, address other topics in the status report. The only one necessary to comment on now is that the parties' requests for trial time are unrealistic for a one asserted claim case involving comparatively simple technology. The parties should anticipate being given nine hours per side for openings, direct, and cross. It would be premature to address the other issues as they are circumstances—i.e., COVID-19—dependent.

The Court will **GRANT** the request to postpone the trial. The Court will keep the PTC date, however, as all pending motions have been resolved, the PTC will be held remotely, and it

makes sense to get this case ready for trial.

    IT IS SO ORDERED this 23rd day of November, 2020.

/s/ Richard G. Andrews  
United States District Judge
