# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>     Plaintiff,<br><br>v.<br><br>FEIT ELECTRIC COMPANY, INC.,<br><br>     Defendant. | C.A. No. 15-056-RGA<br><br>Consolidated Lead Action |

## JOINT STATUS REPORT

Pursuant to the Court's August 4, 2021 Oral Order, Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies ("Blackbird") and Defendant Feit Electric Company, Inc. ("Feit Electric") jointly submit this status report. The parties have made significant progress towards fully resolving the matter and are close to finalizing a written settlement agreement. There are only a few outstanding issues that the parties are diligently working to resolve, after which the agreement can be finalized and executed. The parties do not believe the remaining issues will require a significant amount of additional time to resolve. Accordingly, to avoid any unnecessary expense, Plaintiff requests that the stay with respect to its damages reply report be extended one additional week, to August 20, 2021. Defendant does not oppose this request.

Dated: August 11, 2021

| | |
|---|---|
| OF COUNSEL: | STAMOULIS & WEINBLATT LLC |
| Wendy Verlander<br>wverlander@blackbird-tech.com<br>Jeffrey Ahdoot<br>jahdoot@blackbird-tech.com<br>Blackbird Tech LLC d/b/a<br>Blackbird Technologies<br>One Boston Place, Suite 2600<br>Boston, MA 02108<br>617.307.7100 | */s/ Stamatios Stamoulis*<br>Stamatios Stamoulis #4606<br>stamoulis@swdelaw.com<br>Richard C. Weinblatt #5080<br>weinblatt@swdelaw.com<br>800 N. West Street, Thrid Floor<br>Wilmington, DE 19801<br>Telephone: (302) 999-1540 |
| David A. Gerasimow<br>gerasimow@gerasimowlaw.com<br>The Law Offices of<br> David A. Gerasimow, P.C.<br>73 W. Monroe St.<br>Chicago, IL 60603<br>312.919.4254 | *Attorneys for Plaintiff*<br>Blackbird Tech LLC d/b/a<br>Blackbird Technologies |

| | |
|---|---|
| | /s/  *Michael J. Flynn* |
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Karen Jacobs (#2881) |
| John M. Hintz<br>MAYNARD, COOPER & GALE, P.C.<br>551 Fifth Avenue, Suite 2000<br>New York, NY 10176<br>(646) 609-9280<br>jhintz@maynardcooper.com | Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>kjacobs@mnat.com<br>mflynn@mnat.com |
| | *Attorneys for Defendant Feit Electric Company, Inc.* |